## PAIGE cont$^a$ WOODBRIDGE

Nicholas Paige plaint. cont$^a$ Thomas Woodbridge Defend$^t$ in an action of the case for Security for the Summe of Five hundred twenty nine pounds in money or thereabout including the costs, Judgement was granted by the last County Court held at Boston unto m$^r$ Peter Sergeant and m$^r$ Paul Dudley Attournies of m$^r$ Thomas Deane against the s$^d$ Nicholas Paige upon the chancery of a forfited obligation wherein the s$^d$ Paige stood jointly & severally bound w$^{th}$ s$^d$ Woodbridge unto the s$^d$ Deane, being the onely proper debt of s$^d$ Woodbridge, which bond beares date y$^e$ 2$^d$ Iune. 1677. whereby the plaint. is damnified the above s$^d$ Summe. . . . The Iury . . . found for the Defend$^t$ costs of Court.

## KEEN cont$^a$ MATTHEWS

John Keen plaint. cont$^a$ the goods debts monys or Estate of Iames Matthews Defend$^t$ in an Action of reveiw of a case tried at the last County Court held at Boston. 29$^o$ Iuly ult$^o$ wherein Iohn Dafforne appeared as Attourny to s$^d$ Matthews and recovered Judgem$^t$ ag$^t$ s$^d$ Keen for twenty eight pounds and nine pence money, w$^{th}$ damages; . . . The Iury . . . found for the plaint. twenty Six pounds five Shillings nine pence in money & costs of Court allow$^d$ thirty Seven Shillings two pence.

Execution issued 8$^o$ Nov$^r$ 1679.

[ See next case, and Dafforn v. Earle, page 1052, above.]

## KEEN cont$^a$ DAFFORNE

Iohn Keen plaint. cont$^a$ Iohn Dafforne Defend$^t$ for witholding the Summe of Fourteen pounds Fifteen Shillings money due to the plaint. being for so much hee did pay unto m$^r$ Simon Lynde by order of s$^d$ Dafforne; w$^{ch}$ was in full of a bill of thirty three pounds Fifteen Shillings nine pence money due from s$^d$ Dafforne to s$^d$ Lynde dat$^d$ 23. Octob$^r$ 1678. as shall appear with damages: . . . The Jury . . . found for the Defend$^t$ costs of Court. .

[ This case was reviewed at the January session, 1679/80, pp. 1123–4, below.]